IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES TAYLOR,

    Plaintiff,                              No. CIV S-08-3013 DAD P

    vs.

R. BARNES, et al.,                        ORDER AND

    Defendants.                FINDINGS AND RECOMMENDATIONS

/

        By an order filed December 19, 2008, plaintiff was ordered to file, within thirty days, a completed affidavit in support of his request to proceed in forma pauperis along with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed affidavit in support of his request to proceed in forma pauperis along with a certified copy his trust account statement.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

/////

1

1  IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.
3  These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court. Such a document should be captioned "Objections to Magistrate
7 Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
9 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: January 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
tayl3013.fifp